# UNITED STATES DISTRICT COURT

__Southern__ District of __West Virginia, Division: BLUEFIELD__

FILED
OCT 16 2017
TED J. PHILYAW, ACTING CLERK
U.S. District Court
Southern District of West Virginia

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS**

John Henry Miller

v.

CASE NUMBER: 1:17-cv-04169

Dr Kamalesh Patal/Dr McCoy D.O. CHristop

I, John Henry Miller, declare that I am the (check appropriate box)

☒ plaintiff/petitioner/movant    ☐ appellant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion/notice of appeal.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes (If "Yes," go to # 3)   ☐ No (If "No," go to # 2)

    If "Yes," state the place of your incarceration  SCI Laurel HighLands Somerset PA 15501

    Are you employed at the institution? __No__   Do you receive any payment from the institution? GLP#16464

    Have the institution fill out the Certificate portion of this application and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes (If "Yes," go to # 2.a)   ☒ No (If "No," go to # 2.b)

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☐ | ☒ |
    | f. | Any other sources | ☐ | ☒ |

    If you answered **"Yes"** to any portion of question #3, describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  N/A

7. I do hereby stipulate that the recovery, if any, obtained in this action shall be paid to the Clerk of Court, who shall pay therefrom, all unpaid costs taxed against plaintiff and pay the balance to plaintiff and/or his/her attorney, if any.

I declare under penalty of perjury that the above information is true and correct.

_____     *John Henry Miller*
Date                                     Signature of Applicant

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __4.72__ on account to his/her credit at (name of institution) __Laurel Highlands__. I further certify that the applicant has the following securities to his/her credit __None known at this time__.
I further certify that during the past six months the applicant's average balance was $ __0.92__, and the average of monthly deposits was $ __19.04__.

__10/10/17__     *M I Ellothy*
Date                                     Signature of Authorized Officer