Case 1:17-cv-04169 Document 2 Filed 10/16/17 Page 1 of 12 PageID #: 391



FILED
OCT 16 2017
TED J. PHILYAW, ACTING CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

John Henry Miller                     HY0087

(Enter above the full name of the plaintiff      (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                            CIVIL ACTION NO. 1:17-CV-04169
                                      (Number to be assigned by Court)

Dr Kamalesh Patel
Dr McCoy D.O. Christop

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I. **Previous Lawsuits**

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____    No ✓

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

    Plaintiffs: _____

    _____

    _____

    Defendants: _____

    _____

    _____

2.  Court (if federal court, name the district; if state court, name the county);

    _____

    _____

3.  Docket Number: _____

4.  Name of judge to whom case was assigned:

    _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

II. Place of Present Confinement: S.C.I Laurel HighLands Somerset PA

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No _____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No _____

    C. If you answer is YES:

        1. What steps did you take? File A Inmate Grievance Form

        2. What was the result? Grievance Denied

    D. If your answer is NO, explain why not: _____

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: John Henry Miller #HY0087

       Address: SCI-Laurel HighLands 5706 Glades pike poBox 631 Somerset PA 15501

    B. Additional Plaintiff(s) and Address(es): John Henry Miller #3526520 Stevens Correctional Center 795 Virginia Ave Welch, WV 24801

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Dr KAMALESH PATEL

is employed as: Doctor

at Princeton Community Hospital 122 12TH ST, Princeton WV 24740

D. Additional defendants: Dr McCoy D.O. CHristop

Doctor

Princeton Community Hospital 122 12TH ST,

Princeton WV 24740

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In 2015 To 2017 I was In Stevens Correctional Center In Welch WV. In July 2016 I seen The Doctor at stevens Correctional Center For 8½ months and was Treated For Bleeding Hemorrhoid. I was Told By The Doctor at steven Correctional Center That Ill be Taking out To A out side Doctor To Take Care of The Problem on March 16, 2017 I was Tiking out of Stevens Correctional Center To Doctor Kamalesh Patel Place of Business. I was put To sleep when They woke me up I was In stvere pain. They call

4

IV. **Statement of Claim (continued):**

Ambulance and I was taking out the Back Door an Rushed to Princeton Community Hospital to prepair For stomach surgery before I when Into surgery Doctor Kamalesh Patel show up And I said To Him what Happen He said He spotted A "Polyp" That had spots on it and He was "Curious" about it. He said He cut 80% of it out Then it started to Bleed badly and He Had to put staples in it To stop the Bleeding and He said Doctor McCoy D.O. christop is going To do The surgery on me To Fix The Damage's Then I was Taking To the Surgery Room. When I woke up I was in the CCunit "Back page"

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Reward ME money damages

V.  Relief (continued)):

_____

_____

_____

_____

_____

_____


VII. Counsel

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        *N/A*

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓    No ___

    If so, state the name(s) and address(es) of each lawyer contacted:

*Farmer Cline & Campbell bluefild can not take it*

*CHris Cooper 330 2nd street suite 1 PArsons w.v. 26287 did not Answer me back*

    If not, state your reasons: _____

_____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes ___    No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this __11__ day of __October__, 20__17__.

_____*John Henry Miller*_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/11/2017__.
/(Date)

_____*John Henry Miller*_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Mr. John Henry Miller
#HY0087
SCI Laurel Highlands
P.O. Box 631
Somerset, PA 15501

For 2 Days Then moved to a Floor to Recover for 6 Days Then I was Taken Back to Steven Correctional Center an Put In the Medical Department For 3 days For Having Fluid on my Lungs. Days Later I was Taking out of Steven Correctional Center And Taken To Doctor McCoy D.O. Christop Place of Business To Take out 30th Staples out of My Stomach, Doctor Christop Assistant was Taken Out The 30th Staples Doctor McCoy D.O. Christop Came In The Room I Asked The Doctor Did I Have Cancer. The Doctor Said No He said "All Test" came back as No Cancer. I Then Said Why did Doctor Kamalesh Patel And yourself Cut Parts out of ME For. He did not Answer ME And Left The Room. Then I was Taken back To Steven Correctional Center. Days Later Steel Had To Use Hemorrhoidal Ointment. On May 31, 2017 The Day Before I was Ship To S.C.I Laurel Highland PA.. I Asked The Medical Department at Stevens Correctional Center For A Copy of My Medical File They said They cannot give it To ME. To Show The courts How Long I was Treated For Bleeding Hemorrhoid And on June 26, 2017 I wrote To Princeton Community Hospital For A copy of Doctor Kamalesh Patel And Doctor McCoy D.O. Christop Medical File on ME. I need to Show The Courts what Doctor Kamalesh Patel Cut out of ME And why Did Doctor McCoy D.O. Christop Cut out a big part of My Intestines out of ME When I did not Have cancer or diseases of The digestive Tract. They did not write me back. The 2nd week of June He In Laurel Highland

Mr John Henry Miller
# HY0087
SCI Laurel Highlands
P.O. Box 631
Somerset, PA 15501

I had to go to the medical Department here to be put on Lactulose 10g/15mL for Oral or Rectal Administration and had to put back on Hemorrhoidal Ointment for Bleeding Hemorrhoid they also send for my medical file from Princeton Community Hospital WV. When they got it they told me that the file say Doctor Kamalesh Patel DID NOT work on the Bleeding Hemorrhoid only the Polyp and they said that Doctor McCoy D.O. Christop did cut out a big part of my Intestines and they did not say why If the courts Fines that I have Good cause In my claim I ask the court If they think I need a Lawer to help me get one with this Civil Action Complaint.

John Henry Miller
*John Henry Miller* (signature)

ONE STAPLE ONLY

Policy Directive 335.00
01 February 2014
Attachment #2

W. Va. Division of Corrections Inmate Grievance Form

Grievance No. 17-MDL-C-143

Inmate Name: John Henry Miller Jr.
DOC #: 3526520
Date of Grievance: April 03 2017

State Nature of Grievance / Issue to be addressed (Note: 1 issue per grievance, be concise, file with Unit Manager, NO WRITING ON BACK):

on March 16, I had colonoscopy surgery done by Dr K. Patil that he done so much damage that I had to be rush to Princeton community Hospital and had to be cut open to fix the damage done by Dr K Patil

Relief Sought: (state what you want): Pay for damages done by Dr K. Patil

Inmate's Signature _____  (The inmate may attach 1 8.5 x 11 sheet if necessary at this level)

****

Unit Manager's Response (attach additional sheet if needed)
Accepted X   Rejected ___   Reason for rejection: _____  Date: 4/4/17

Response on Merits if accepted: This grievance is inappropriate for Stevens Correctional Center as it involves an outside physician

Signature: J. Morgan, RN, BSN-HSA

****

Resolved: ___ (If so, initial and give copy to Unit Manager)   Appealed to Warden/Administrator: JHM (initial) Date: 04/07/2017

If no response at initial level is indicated, the inmate certifies that he/she tendered this grievance as indicated above and no response has been issued at the level within the time frame set fourth in Policy Directive 335.00

Inmate's Signature _____  Date _____

****

Action by Warden/Administrator:
Accepted ✓   Rejected ___   Reason for rejection: _____  Date: April 10, 2017

Response on Merits if accepted: ___ Remand to Unit for further action  ✓ Affirm unit and/or deny grievance  ___ Grant the grievance as specified

Comments: All invasive procedures come with risks that was explained to you. We did pay for the damages.

Warden/Administrator Signature _____  Date: April 10, 2017   (Attach additional sheet if necessary)

****

Resolved: ___ (If so, initial and give copy to Unit Manager)   Appealed to Commissioner: JHM (initial)

If no response at Warden/Administrator level is included, the inmate certifies that he/she tendered this grievance as indicated above and no response has been issued at the level within the time frame set fourth in Policy Directive 335.00

Inmate's Signature _____  Date _____

****

Action by Commissioner:
Accepted ✓   Rejected ___

Response on Merits if accepted: ___

Affirmed
Grievance Denied
Central Office
Grievance Review

RECEIVED APR 1 4 2017
Date: _____
By: _____
Affix final stamp ___ Other memo attached.

Mr John Henry Miller
# HY0087
S.C.I Laurel Highlands
P.O. Box 631
Somerset, PA 15501


I was never explain anything about the sergery the Doctor at Stevens Correctional Center said that I would be taking out to a outside Doctor to take care of the Bleeding Hemorrhoidal and when I got to Doctor Kamalesh Patel place of Bussiness I was giving some papers to sige that I could not read Becouse I didnot Have my Reading Glasses with me I was only told it was to give permission to do the sergery It was only for Bleeding Hemorrhoidal not anything else Only thing was explain how they was going to put me to sleep.

John Henry Miller
*John Henry Miller*

STATE Correctional Institution
Laurel Highlands
5706 GLADES Pike, P.O. Box 631
Somerset, PA. 15501-0631
John Henry Miller Jr.
HY0087

HIA 49-1

Inmate Mail
PA Dept of Corrections.

Clerk United States
District Court
Room Federal Street
BlueField, West Virginia 24701

U.S. MARSHALS SERVICE
X-RAYED